## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

HENRY GIBBS, JR.                                                        PETITIONER

V.                                                                 NO. 4:15-CV-00131-DMB-DAS

LEE SIMON, ET AL.                                                      RESPONDENTS

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered today, this action is **DISMISSED** without prejudice for failure to exhaust available state court remedies.

**SO ORDERED**, this 4th day of April, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**